IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PERCY JONES, TDCJ-CID NO. 411851,** )<br>           Petitioner,                                        )<br>                                                                   )<br>v.                                                                )<br>                                                                   )<br>**RICK THALER, Director**                           )<br>**Texas Department of Criminal Justice,**    )<br>**Correctional Institutions Division**           )<br>           Respondent.                                   ) | No. 3:11-CV-461-M (BF) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES** the petition for writ of habeas corpus as barred by the one-year statute of limitations. 28 U.S.C. § 2244(d)(1)(D).

SO ORDERED this 20th day of December, 2012.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS