**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **PERCY JONES, TDCJ-CID NO. 411851,** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:11-CV-461-M (BF) |
| ) | |
| **RICK THALER, Director** ) | |
| **Texas Department of Criminal Justice,** ) | |
| **Correctional Institutions Division** ) | |
|     Respondent. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES** the petition for writ of habeas corpus as barred by the one-year statute of limitations. 28 U.S.C. § 2244(d)(1)(D).

SO ORDERED this 20th day of December, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS